# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-11102-AMC

LORENZO D. WHITE
ROBERTA M. WHITE
413 FERN STREET

PHILADELPHIA, PA 19120-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LORENZO D. WHITE
    ROBERTA M. WHITE
    413 FERN STREET

    PHILADELPHIA, PA 19120-

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER, ESQ
    GEORGETTE MILLER LAW
    100 CENTURY PARKWAY-STE #200
    MT. LAUREL, NJ 08045-

Date: 5/27/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee