## Great News!
CarMax, our trusted partner, would like to purchase your car!

SEE YOUR CARMAX OFFER

2016 GMC Acadia SLE-1 4dr SUV (3.6L 6cyl 6A) SLE-1                         See your dashboard

|  | rough | average | clean | outstanding |
|---|---|---|---|---|
| TRADE-IN | $11,056 | $11,764 | $12,472 | $12,826 |
| PRIVATE PARTY | $12,781 | $13,617 | $14,452 | $14,870 |

### True Market Value®

| | |
|---|---|
| Trade-in | $11,764 |
| Dealer Retail | $15,469 |
| Private Party Sale | $13,617 |

### Customized True Market Value Prices®

**Trade-in**

| | |
|---|---|
| National Base Price | $13,005 |
| Optional Equipment | $0 |
| Color Adjustment - Quicksilver Metallic | $13 |
| Regional Adjustment (zip 19136) | $19 |
| Mileage Adjustment - 90000 miles | $-1,273 |
| Condition Adjustment - Average | $0 |
| **Total** | **$11,764** |

**Private Party**

| | |
|---|---|
| National Base Price | $15,053 |
| Optional Equipment | $0 |
| Color Adjustment - Quicksilver Metallic | $15 |
| Regional Adjustment (zip 19136) | $22 |
| Mileage Adjustment - 90000 miles | $-1,473 |
| Condition Adjustment - Average | $0 |
| **Total** | **$13,617** |

**Dealer Retail**

| | |
|---|---|
| National Base Price | $17,101 |
| Optional Equipment | $0 |
| Color Adjustment - Quicksilver Metallic | $17 |
| Regional Adjustment (zip 19136) | $24 |
| Mileage Adjustment - 90000 miles | $-1,674 |
| Condition Adjustment - Average | $0 |
| **Total** | **$15,469** |

| **Buying a Certified Used Vehicle** | **Dealer Retail** |
|---|---|
| Certified Used Price | $0 |

## Terms Defined

**Trade-in:** This is the amount you can expect to receive when you trade in your used car and purchase a new car. The trade-in price is usually credited as a down payment on the new car.

**Dealer Retail:** This is what other customers have paid for similar cars in your area. Dealer retail will usually be higher than private party prices and much higher than trade-in prices.

**Certified Used Price:** The price of a used vehicle sold by a franchised dealer of the same make. It's certified by following the manufacturer's service and inspection requirements. When sold, the accompanying warranty is backed by the manufacturer. Expect to pay more for certified pre-owned vehicles over others.

Edmunds
2401 Colorado Ave, Santa Monica, CA 90404

Unsubscribe | Privacy Statement

==============================================================================
Disclaimer: This e-mail message is intended only for the personal and confidential use of the intended recipients. This message may contain privileged attorney-client communication. If you have received this message in error, any review or dissemination is strictly prohibited. Please notify us immediately by e-mail and delete the original message.
==============================================================================