**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| **LORENZO & ROBERTA WHITE,** | : | **CHAPTER 13** |
| | : | |
| **DEBTORS,** | : | |
| | : | **CASE NO: 20-11102 - amc** |

**ORDER**

And Now this _____, 2020, upon consideration of Debtors' Lorenzo and Roberta White's Motion to Determine Value, and any response in opposition thereto, if any, it is hereby ORDERED that Debtors' Motion is granted, and that the allowed secured claim of PNC National Bank be $15,469. The remaining balance shall be treated as unsecured.

**Date: September 30, 2020**

_____
Ashely Chan
Honorable Bankruptcy Judge

{00387710;v1}