United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11102-amc |
| Lorenzo D. White | Chapter 13 |
| Roberta M. White | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Lisa | Page 1 of 2 |
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lorenzo D. White, Roberta M. White, 413 Fern Street, Philadelphia, PA 19120-1813 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Roberta M. White, 413 Fern Street, Philadelphia, PA 19120-1813 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 02, 2020 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GEORGETTE MILLER | |
| | on behalf of Debtor Lorenzo D. White mlee@margolisedelstein.com georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com |
| GEORGETTE MILLER | |
| | on behalf of Joint Debtor Roberta M. White mlee@margolisedelstein.com georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Lisa | Page 2 of 2 |
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| LORENZO & ROBERTA WHITE, | : | CHAPTER 13 |
| | : | |
| DEBTORS, | : | |
| | : | CASE NO: 20-11102 - amc |

**ORDER**

And Now this _____, 2020, upon consideration of Debtors' Lorenzo and Roberta White's Motion to Determine Value, and any response in opposition thereto, if any, it is hereby ORDERED that Debtors' Motion is granted, and that the allowed secured claim of PNC National Bank be $15,469. The remaining balance shall be treated as unsecured.

**Date: September 30, 2020**

　　　　　　　　　　　　　　　　　　　　　　　Ashely Chan
　　　　　　　　　　　　　　　　　　　　　　　Honorable Bankruptcy Judge

{00387710;v1}