**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Lorenzo and Roberta White | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 20-11102 |

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on July 2, 2022, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated:  July 22, 2022              /s/ Margolis Edelstein
                                   Margolis Edelstein
                                   100 Century Parkway, Suite 200
                                   Mt. Laurel, NJ 08054