United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11102-amc |
| Lorenzo D. White | Chapter 13 |
| Roberta M. White | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lorenzo D. White, Roberta M. White, 413 Fern Street, Philadelphia, PA 19120-1813 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 04 2022 23:48:00 | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GEORGETTE MILLER | |
| | on behalf of Debtor Lorenzo D. White Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| GEORGETTE MILLER | |
| | on behalf of Joint Debtor Roberta M. White Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 2

REBECCA ANN SOLARZ
    on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Lorenzo and Roberta White | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Bankruptcy No. 21-11102 |

### ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation in the amount of $4250.00 and reimbursement of expenses in the amount of $1000.00 are **ALLOWED** in favor of the Applicant.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in paragraph 2 above as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), less 690.00, which has been previously paid by the Debtor, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

**Date: August 4, 2022**                    _____
                                             Bankruptcy Judge

~~Dated: July 2, 2022~~

cc:    Kenneth West
       Chapter 13 Trustee
       1234 Market Street
       Suite 18-341
       Philadelphia, PA 19107

       United States Trustee
       833 Chestnut Street, Suite 500
       Philadelphia, PA 19107

       Lorenzo and Roberta White
       413 Fern Street
       Philadelphia, PA 19120