L-.B.F. 2016-2C "Supplemental" Application of Counsel for Debtor
for Compensation and Reimbursement of Expenses for Post Confirmation
Services Payable by the Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter **13** |
| **Lorenzo D. White** | ) | |
| **Roberta M. White** | ) | |
| | ) | |
| Debtor | ) | Bankruptcy No.**20-11102** |

SUPPLEMENTAL APPLICATIONS FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR SERVICES PERFORMED AFTER CONFIRMATION
OF CHAPTER 13 PLAN

..........................................................................................
**Dilworth Paxon LLP**

applies under § 330 of the Code for an order directing the chapter 13 trustee to pay an award of compensation and reimbursement of actual, necessary expenses for services performed after confirmation of the debtor's chapter 13 plan and represents:

1. Applicant is counsel for debtor.

2. The debtor filed a petition under chapter 13 of the Bankruptcy Code on 2/22/2020

3. The debtor's chapter 13 plan was confirmed by the court on  11/3/2020

4. Applicant requests an award of supplemental compensation of $ **1250.00** for **3.6** hours

5. Applicant requests that compensation be awarded at the following hourly rate(s): **$350.00**

6. A copy of the applicant's disclosure of compensation pursuant to F.R.B.P. 2016(b) is attached as Exhibit "A"

7. Attached as Exhibit B is a copy of the applicants time records setting forth the dates and amount of time expended for the services performed on behalf of the debtor after confirmation of debtor's chapter 13 plan.

8. All services rendered and expenses incurred for which compensation or reimbursement is requested

    a. were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable; and

    b. are not duplicative of services and expenses for which compensation or reimbursement was previously requested.

9. If this supplemental application is granted, the debtor's confirmed chapter 13 plan (check whichever is applicable)

    ☑ is adequately funded.

☐ is not adequately funded.

10. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C §504(c) applies.

WHEREFORE, Applicant requests an award of $ **1250.00** in compensation.

| | |
|---|---|
| Dated: **September 27, 2023** | Signed: /s/ Michelle Lee |
| | Applicant |
| | By: **Michelle Lee, Esq.** |
| | Name: **Dilworth Paxson LLP** |
| | Address: **1500 Market Street, Suite 3500E** |
| | **Philadelphia, PA 19102** |
| | Phone No.: **856-323-1100** |
| | Fax No.: **856-494-7801** |