**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lorenzo and Roberta White | : |
| Name | : Chapter 13 |
| | : |
| | : Case No. 20-11102 |
| | : |
| Debtor(s) . | : |

**ORDER TO ALLOW COUNSEL FEES**

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1.    The Application is **GRANTED**.

2.    Compensation is **ALLOWED** in favor of the Applicant in the amount of $ 1250.00 in compensation.

3.    The Chapter 13 trustee is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expenses set forth in paragraph 2.

Dated: November 1, 2023

_____
Bankruptcy Judge