**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lorenzo D. White                      CHAPTER 13
        Roberta M. White

                   Debtor(s)                    BKY. NO. 20-11102 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

                   Respectfully submitted,

                   /s/ **Mark A. Cronin**
                   Mark Cronin
                   10 Nov 2023, 15:25:23, EST

                   KML Law Group, P.C.
                   701 Market Street, Suite 5000
                   Philadelphia, PA 19106-1532
                   (215) 627-1322