**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **IN RE:**<br>**LORENZO D WHITE**<br>**ROBERTA M WHITE**<br>　　　　**DEBTOR** | **CASE NO. 20-11102-amc**<br>**CHAPTER 13** |

**NOTICE OF CREDITOR'S CHANGE OF ADDRESS**

NAME:　　　　　　　　　　　FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE: 04/29/2024

OLD NOTICE ADDRESS:　　　　10500 Kincaid Drive, Suite 300
　　　　　　　　　　　　　　Fishers, IN 46037-9764

NEW NOTICE ADDRESS:　　　　11988 Exit 5 Parkway, Building 4
　　　　　　　　　　　　　　Fishers, IN 46037-9739

OLD PAYMENT ADDRESS:　　　10500 Kincaid Drive, Suite 300
　　　　　　　　　　　　　　Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:　　　11988 Exit 5 Parkway, Building 4
　　　　　　　　　　　　　　Fishers, IN 46037-9739

Dated: August 22, 2024

　　　　　　　　　　　　　　*/s/Lorri Beltz*
　　　　　　　　　　　　　　Lorri Beltz, Vice President, Default
　　　　　　　　　　　　　　Freedom Mortgage Corporation
　　　　　　　　　　　　　　11988 Exit 5 Parkway, Building 4
　　　　　　　　　　　　　　Fishers, IN 46037-9739
　　　　　　　　　　　　　　Telephone: (855) 690-5900
　　　　　　　　　　　　　　E-Mail: Bankruptcy@FreedomMortgage.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE:<br>**LORENZO D WHITE**<br>**ROBERTA M WHITE**<br>        **DEBTOR** | CASE NO.  20-11102-amc<br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

GEORGETTE MILLER
MARGOLIS EDELSTEIN
170 S Independence Mall W Ste 400
Philadelphia PA 19106-3323
*Counsel for Debtor*

KENNETH E. WEST
1234 Market St Ste 1813
Philadelphia PA 19107-3704
*Chapter 13 Trustee*

LORENZO D WHITE
ROBERTA M WHITE
413 Fern St
Philadelphia PA 19120-1813
*Debtor*

This 22nd Day of August, 2024

   */s/Lorri Beltz*
   Lorri Beltz, Vice President, Default
   Freedom Mortgage Corporation
   11988 Exit 5 Parkway, Building 4
   Fishers, IN 46037-9739
   Telephone: (855) 690-5900
   E-Mail: Bankruptcy@FreedomMortgage.com