Certificate Number: 15317-PAE-DE-040069624

Bankruptcy Case Number: 20-11102



15317-PAE-DE-040069624

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 9, 2025, at 8:55 o'clock AM PDT, Roberta M White completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 9, 2025            By:   /s/Christel Raz

Name:   Christel Raz

Title:   Counselor