United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 20-11102-amc

Lorenzo D. White                                                                  Chapter 13

Roberta M. White

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 10, 2025 | Form ID: 138OBJ | Total Noticed: 41 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lorenzo D. White, Roberta M. White, 413 Fern Street, Philadelphia, PA 19120-1813 |
| 14471559 | | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 14830013 | + | Freedom Mortgage Corporation, C/O Mark A. Cronin, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14944773 | + | Freedom Mortgage Corporation, C/O Matthew K. Fissel, Esq, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14471560 | + | Genises Networks Global Svc, 600 North Loop 1604 E, San Antonio, TX 78232-1268 |
| 14481402 | + | RoundPoint Mortgage Servicing Corporation, CO Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 11 2025 00:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 11 2025 00:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14471548 | + Email/Text: wwilde@aspennational.com | Sep 11 2025 00:48:00 | Aspen Coll, Pob 10689, Brooksville, FL 34603-0689 |
| 14471549 | + Email/Text: BarclaysBankDelaware@tsico.com | Sep 11 2025 00:48:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14471553 | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 11 2025 00:48:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14475286 | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 11 2025 00:48:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 14523699 | Email/Text: megan.harper@phila.gov | Sep 11 2025 00:49:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14471550 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2025 00:52:55 | Cap1/wmt, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14471551 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2025 00:54:01 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14484226 | + Email/PDF: ebn_ais@aisinfo.com | Sep 11 2025 01:14:12 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14471552 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 11 2025 00:48:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 14471554 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 11 2025 00:49:00 | Comenitybank/caesars, Po Box 182789, Columbus, OH 43218-2789 |
| 14471555 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 11 2025 00:49:00 | Comenitybank/ny&co, Po Box 182789, Columbus, |

|  |  |  |  |
|---|---|---|---|
|  |  |  | OH 43218-2789 |
| 14471556 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Sep 11 2025 00:49:00 | Comenitycapital/biglot, Po Box 182120, Columbus, OH 43218-2120 |
| 14471557 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Sep 11 2025 00:49:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14471558 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Sep 11 2025 00:49:00 | Comenitycb/myplacerwds, Po Box 182120, Columbus, OH 43218-2120 |
| 14698070 | + | Email/Text: Bankruptcy@Freedommortgage.com | |
|  |  | Sep 11 2025 00:48:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 14944774 | + | Email/Text: Bankruptcy@Freedommortgage.com | |
|  |  | Sep 11 2025 00:48:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, Indiana 46037-7939 |
| 14497068 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
|  |  | Sep 11 2025 00:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14497468 | | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Sep 11 2025 00:52:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14471561 | | Email/Text: EBN@Mohela.com | |
|  |  | Sep 11 2025 00:48:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14499832 | + | Email/Text: bnc@bass-associates.com | |
|  |  | Sep 11 2025 00:48:00 | Oliphant Usa, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14495414 | | Email/Text: Bankruptcy.Notices@pnc.com | |
|  |  | Sep 11 2025 00:48:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14471562 | | Email/Text: Bankruptcy.Notices@pnc.com | |
|  |  | Sep 11 2025 00:48:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 14497795 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | Sep 11 2025 00:52:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14496741 | | Email/Text: bnc-quantum@quantum3group.com | |
|  |  | Sep 11 2025 00:49:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14493264 | | Email/Text: bnc-quantum@quantum3group.com | |
|  |  | Sep 11 2025 00:49:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14496740 | | Email/Text: bnc-quantum@quantum3group.com | |
|  |  | Sep 11 2025 00:49:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14492403 | | Email/Text: bankruptcy@roundpointmortgage.com | |
|  |  | Sep 11 2025 00:48:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14471564 | | Email/Text: bankruptcy@roundpointmortgage.com | |
|  |  | Sep 11 2025 00:48:00 | Roundpoint Mtg, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14471565 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | Sep 11 2025 00:51:59 | Syncb/car Care Pep Boy, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14471566 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | Sep 11 2025 01:17:24 | Syncb/pc Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14490753 | + | Email/Text: documentfiling@lciinc.com | |
|  |  | Sep 11 2025 00:48:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14471567 | + | Email/Text: bankruptcydept@wyn.com | |
|  |  | Sep 11 2025 00:49:00 | Wyndham Vaca, 10750 W Charleston Blvd, Las Vegas, NV 89135-1048 |
| 14471563 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | |
|  |  | Sep 11 2025 01:16:31 | raymour & flannigan, PO BOX 14517, Des Moines, IA 50306-3517 |

TOTAL: 35

# BYPASSED RECIPIENTS

District/off: 0313-2      User: admin      Page 3 of 3

Date Rcvd: Sep 10, 2025      Form ID: 138OBJ      Total Noticed: 41

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELLE LEE | on behalf of Joint Debtor Roberta M. White bky@dilworthlaw.com |
| MICHELLE LEE | on behalf of Debtor Lorenzo D. White bky@dilworthlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)–doc 73 – 65

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Lorenzo D. White | ) | Case No. 20–11102–amc |
| | ) | |
| | ) | |
|    Roberta M. White | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 10, 2025

For The Court

Mohung Wong
Clerk of Court